RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 15 2026
DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

DIANA KUTATELADZE,
    a.k.a. DIANA TAMBIEVA,
    a.k.a. DIANA BORISOVNA KUTATELADZE,

        Defendant

_____/

18 U.S.C. § 201(b)(1)

1:26-CR-00273-01
Judge Edwards
Magistrate Judge Perez-Montes

## INDICTMENT

The Federal Grand Jury charges that:

## COUNT 1
### Bribing a Public Official
[18 U.S.C. § 201(b)(1)]

On or about January 11, 2024, in the Western District of Louisiana, and elsewhere, the defendant,

**DIANA KUTATELADZE,**
**a.k.a. DIANA TAMBIEVA,**
**a.k.a. DIANA BORISOVNA KUTATELADZE,**

did directly and indirectly, corruptly give, offer, and promise a thing of value, that is, a bottle of Patron Silver Tequila and a $100 visa gift card, to a public official, that is, P.A., with intent to influence any official act and to induce such public official to do an act and omit to do an act in violation of his official duty, that is, to disregard federal immigration laws, regulations, and policies governing the impartial assessment of immigration parole requests and recommending the release of detained persons

because of corrupt influence, in violation of Title 18, United States Code, Section 201(b)(1).

### COUNT 2
### Bribing a Public Official
[18 U.S.C. § 201(b)(1)]

On or about January 16, 2024, in the Western District of Louisiana, and elsewhere, the defendant,

**DIANA KUTATELADZE,**
**a.k.a. DIANA TAMBIEVA,**
**a.k.a. DIANA BORISOVNA KUTATELADZE,**

did directly and indirectly, corruptly give, offer, and promise a thing of value, that is, a $1,000 online payment, to a public official, that is, P.A., with intent to influence any official act and to induce a public official to do an act and omit to do such act in violation of his official duty, that is, to disregard federal immigration laws, regulations, and policies governing the impartial assessment of immigration parole requests and recommending the release of a detained persons, because of corrupt influence, in violation of Title 18, United States Code, Section 201(b)(1).

### COUNT 3
### Bribing a Public Official
[18 U.S.C. § 201(b)(1)]

On or about May 28, 2024, in the Western District of Louisiana, and elsewhere, the defendant,

**DIANA KUTATELADZE,**
**a.k.a. DIANA TAMBIEVA,**
**a.k.a. DIANA BORISOVNA KUTATELADZE,**

2

did directly and indirectly, corruptly give, offer, and promise a thing of value, that is, a $2,000 online payment, to a public official, that is, P.A., with intent to influence any official act and to induce a public official to do an act and omit to do an act in violation of his official duty, that is, to disregard federal immigration laws, regulations, and policies governing the impartial assessment of immigration parole requests and recommending the release of a detained persons, because of corrupt influence, in violation of Title 18, United States Code, Section 201(b)(1).

A TRUE BILL



_____
FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_____
CRAIG R. BORDELON, II
LADONTE A. MURPHY
ASSISTANT UNITED STATES ATTORNEYS