**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 2:16 p.m.** on **Wednesday, July 15, 2026**, and adjourned at **2:22 p.m.**

PRESENT:    David J. Ayo, Magistrate Judge, Presiding
            Heather C. Carrasco, Minute Clerk
            Recorded: Liberty Court Recorder 7
            Time in Court: 06 minutes

### GRAND JURY REPORT

 X  Final Report
 X  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:26-CR-00270-01* | X | |
| 3:25-CR-00025-01** | | X |
| 2:26-CR-00272-01* | X | |
| 1:26-CR-00273-01*** | X | |
| 6:26-CR-00274-01*** | X | |
| 2:26-CR-00277-01 *** | X | |
| 1:26-CR-00278-01* | X | |
| 1:26-CR-00278-02* | X | |
| 5:26-CR-00279-01*** | X | |
| 1:26-CR-00280-01*** | X | |
| 6:26-CR-00281-01 | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:26-CR-00269-01*** | X | |
| 6:26-CR-00269-02 | X | |
| 3:26-CR-00271-01 | X | |
| 1:26-CR-00275-01 | X | |
| 6:26-CR-00276-01 | X | |
| 2:26-CR-00282-01* | X | |
| 2:26-CR-00283-01* | X | |
| 6:26-CR-00284-01*** | X | |

_____

_____

__X__ Warrants/summons ordered issued as indicated.
__*__ In Federal Custody
__**__ Superseding Indictment
__***__ State Custody